**☐ ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Koky Plaza
_____

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

Captain Lee badge #1382
correctional officer TAi #0911
correctional officer Thompson
Department of corrections
_____

_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 10 2016 ★
BROOKLYN OFFICE

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983
CV16 3153

JURY DEMAND
YES ✓   NO ___

DeARCY HALL, J.

LEVY, M.J.

I.  **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Koky Plaza

If you are incarcerated, provide the name of the facility and address:
OBCC North Facility on Riker's Island
1600 Hazen Street
East Elmhurst N.Y. 11370

Prisoner ID Number: 3491603021

1

ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 10 2016 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL RIGHTS COMPLAINT

JURY DEMAND

Plaintiff(s)

DeARCY HALL, J.

LEVY, M.J.

Defendant(s).

1. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs if any.)

A. Name of plaintiff

If you are incarcerated, provide the name of the facility and address:

Prison ID Number

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Lee

Job Title: Captain badge #1382

Address: 1600 - Hazen Street, East Elmhurst, N.Y. 11370

Defendant No. 2

Full Name: TAI

Job Title: correctional officer badge #0411

Address: 1600 - Hazen Street, East Elmhurst, N.Y. 11370

Defendant No. 3

Full Name: Thompson

Job Title: correctional officer

Address: 1600 - Hazen Street, East Elmhurst, N.Y. 11370

2

---

Address _____

**Defendant No. 4**

Full Name _____

Job Title _____

_____
Address

**Defendant No. 5**

Full Name _____

Job Title _____

_____
Address

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? OBCC 1600 Hazen Street at clinc intake.

When did the events happen? (include approximate time and date) The clinc sick call around 9:45 a.m. on May 17, 2016.

3

<u>Statement of facts</u>  May 20, 2016
Friday

My name is Koky Plaza BIN#3491603021 I'am a dentinee held in carrecated at OBCC correctional facility 16000-Hazen street East Elmhurst, N.Y. 11370, In Rikers Island. I have been punished, and pain with a blow too the stomach by a correctional officer. Not once twice on two different occantionals. I have reported this to A captian Name Lee #1382 nothing was done the correctional officer is from intake were he works at, and sometimes in the clinc. The first inclient took place at the clinc around 9:45 a.m. on May 17, 2016. This incident was on a Tuesday. When I address the Captian Lee #1382 he stated there's nothing I can doo sign up for sickcall. The secound incident happen again with the same officer at intake. I address Captian Lee #1382 that I'am being abuse by the same officer cause this was the secound time I was punch in the stomach by a correctional officer. I recived lot's of pain to the stomach back, and blue marks. I

took a pissed on myself, and caca came out threw my ana. The punch cause me to not eat for the black blue's that hurted, and I was spirting out blood. The department of corrections refused to take care of this matter. They refused to give me medical attention. My amendment's rights were being violated. I declare the above statements to be true under the penalty of perjury.

Facts: (what happened?)

Statement of Facts of what happen on a sheet of loose leaf paper. It is attached.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I received injuries to the stomach. Black and blue marks. I was unable to eat. I was sqirting out blood, I pissed on myself, and took caca on myself threw my anal when hit. I was dienied medical attention and treatment.

4

**III.     Relief:** State what relief you are seeking if you prevail on your complaint.

I seek monetary relief in the amount of $200,000 dollars.

I declare under penalty of perjury that on May 25, 2016, I delivered this complaint to prison authorities at OBCC correctional facility to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25, 2016

_____
Signature of Plaintiff

OBCC correctional facility
Name of Prison Facility or Address if not incarcerated

1600 Hazen Street
East Elmhurst, N.Y. 11370
Address

3491603021
Prisoner ID#

rev. 12/1/2015

5

# INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT

Attached is a complaint form for filing an action under 42 U.S.C. § 1983. Observe the following instructions for completing the complaint:

1. **Caption**: It is very important, if possible, that you state the first and last name of each defendant and badge number, if appropriate. <u>You are required to furnish the correct name and address of each person so that service of process upon each defendant can be made</u>.

2. **Contents**: The form should be fully completed. It can be typewritten or handwritten. It must be legible. If you need more space to answer a question, attach a separate sheet of 8 ½ by 11 paper to your complaint. You are required to state <u>facts</u>, such as the date and location of the events. You need not make legal arguments or cite to cases. The complaint must have an <u>original</u> (not photocopied) <u>signature</u> by each plaintiff. The complaint need not be notarized.

3. **Copies**: You must send the Court the original complaint and two exact copies (a complete set of three). You should keep another copy for your records. Copies can be xeroxed, handwritten or typewritten, but all copies must be identical to the original.

4. **Fee**: The filing fee is $400, payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person). If the filing fee is paid, the U.S. Marshal will not be directed to serve the defendants and plaintiff will be responsible for service of process on defendants. Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action. See Fed. R. Civ. P. 4. If you are granted *in forma pauperis* status and are a prisoner, the filing fee is $350 and is payable in installments.

5. **Inability to Pay the Fee**: If you cannot pay the fee, you may apply to the Court to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C § 1915 by completing the attached form. If there is more than one plaintiff, each plaintiff must provide a separate declaration in support of the request to proceed *in forma pauperis*. If you are a prisoner, you must also complete the attached Prisoner Authorization form.

6. **Prison's Grievance Procedures**: Prisoners filing an action in federal court regarding prison conditions must first exhaust administrative procedures (such as the prison's grievance procedures). See 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies before filing your action in federal court.

When you have completed the forms, mail the original and 2 copies to the:

United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201
Attention: Pro Se Office

or

United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722
Attention: Pro Se Office

Keep this page and a copy of the complaint for your records. You may call 718-613-2665 in Brooklyn or 631-712-6060 in Central Islip if you have questions on how to file your complaint.

rev. 12/1/2015